

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2014

No. 04-08-00376-CR

Emilio Travino **CINTRON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CR-3983
Honorable Raymond Angelini, Judge Presiding

## O R D E R

This court's opinion issued in this appeal on February 11, 2009, and this court's mandate issued on September 30, 2009. On December 22, 2014, appellant filed a pro se motion requesting copies of documents. It would appear that the only purpose for requesting such documents would be to file a post-conviction writ of habeas corpus.

Because this court's mandate has issued, this court has no jurisdiction to consider appellant's motion. In addition, this court has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *See* TEX. CODE CRIM. PROC. art. 11.07; *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding). Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained, and made returnable to the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. art. 11.07. In order to obtain a free copy of the record, appellant would need to file a motion in the trial court in which the conviction was obtained and demonstrate that his claim is not frivolous and that the record is needed to decide the issues presented. *See United States v. MacCollom*, 426 U.S. 317, 326 (1976); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.).

Appellant's motion is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on the 31st day of December, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court